No. 10-5595. Charles L. Wade, Petitioner v. J. T. Shartle, Warden, et al.

562 U.S. 930, 131 S. Ct. 324, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7373.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5597. Anthony Benjamin, Petitioner v. Corporal Reid, et al.

562 U.S. 930, 131 S. Ct. 325, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7279, ▮▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-5598. Andre Applewhite, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 930, 131 S. Ct. 325, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7648.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 373 Fed. Appx. 969.

No. 10-5599. Michael Anderson, Petitioner v. Andrew Jackson, Warden.

562 U.S. 930, 131 S. Ct. 325, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7418.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5600. Juan Valdez, Petitioner v. United States.

562 U.S. 930, 131 S. Ct. 325, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7161.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-5602. Michael Smith, Petitioner v. United States.

562 U.S. 931, 131 S. Ct. 325, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7231.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 320.

No. 10-5603. Harry Wheeler, Petitioner v. United States.

562 U.S. 931, 131 S. Ct. 325, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7488.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 977 A.2d 973 and 987 A.2d 431.

No. 10-5604. Geoffrey Reese, Petitioner v. Maine.

562 U.S. 931, 131 S. Ct. 326, 178 L. Ed. 2d 211, 2010 U.S. LEXIS 7467.

October 4, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

Same case below, 991 A.2d 806.